**United States District Court,**

| | |
|---|---|
| Plaintiff/Petitioner: **EmCyte Corporation** | **PROOF OF SERVICE** |
| vs. | Case No: **219-cv-769-Ftm-29NPM** |
| Defendant/Respondent: **Apex Biologix LLC, XLMedica Inc and Anna Stahl** | Court Date/Time: 00/00/0000 / 12:00 AM |
| | Court Room: |

Legal documents received by Statewide Process Servers on the 24th day of October, 2019 at 12:01 PM to be served on:

**Apex Biologix LLC Reg Agent Crane Holdings**
5650 S Green St, Ste B
Murray, UT 84123

I, **Adam Robins**, am over the age of 18, I am not a party to this action, and I am not an attorney for a party to this action. On the **5th November, 2019 at 02:38 PM**, I did the following:

**Corporate Serve:** By personally handing the legal document(s) with a conformed copy of this **SUMMONS IN A CIVIL ACTION AND COMPLAINT** to Spencer Furner, AUTHORIZED PERSON, at **5650 S Green St Ste B, Murray, UT 84123** at approximately **02:38 PM** on **5th November, 2019**.

Description of Person Accepting Service:
Male, White, Blonde hair, Approx. Age: 30 years, Approx. Height: 5 ft 8 in., Approx. Weight: 165 lbs.

**Supplemental Data Appropriate to this Service:**

• 5650 S Green St Ste B, Murray, UT 84123:
11/5/2019 2:38 PM:

I have not included any non-public information in this document.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

X_____
Adam Robins - PI# A103445
Statewide Process Servers                              Service
PO Box 845                                             Fee:
West Jordan, UT, 84084                                 **$50.00**
801-809-4133
Brinks Gilson Lione
405 S Main Street Suite 1000
Salt Lake City, UT 84111
(801) 333-7917
Atty File#: 219-cv-769-Ftm-29NPM
jlofgran@brinksgilson.com



**172006   172006   172006   172006   172006   172006**