UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMCYTE CORP., a Florida Corporation,

    Plaintiff,

v.                            Case No: 2:19-cv-769-FtM-29NPM

APEX BIOLOGIX, a Utah Limited Liability Company, XLMEDICA, INC., a Florida Corporation (case stayed as to defendant), and ANNA STAHL, an individual (case stayed as to defendant),

    Defendants.

**ORDER**

This matter comes before the Court on plaintiff's Motion for Miscellaneous Relief Regarding stayed Defendant XLMedica, Inc., and Notice of Bankruptcy Court Terminating Automatic Stay (Doc. #52) filed on June 18, 2020, and Motion for Miscellaneous Relief Regarding Stayed Defendant Anna Stahl Based on Termination of the Automatic Stay (Doc. #54) filed on June 23, 2020. The first motion was filed without a response from these defendants as to opposition, and the second motion is opposed. Finding no need to delay for a response, the Court enters the following Order.

In February 2020, the Court stayed the case as to defendants XLMedica, Inc. and Anna Stahl based on voluntary petitions filed in California Bankruptcy Court. (Docs. ## 37, 39.) Plaintiff now

seeks to have the stays lifted based on the termination of the automatic stays by the Bankruptcy Court, and also for expedited discovery deadlines of July 2, 2020, for XLMedica, Inc. and July 6, 2020, for Anna Stahl.

The Court notes that the discovery deadline was extended on April 16, 2020, until April 5, 2021. (Doc. #49.) Plaintiff has not demonstrated that defendants will refuse to comply with discovery requests, or that providing additional time from reopening would be prejudicial to its interests. The stays will be lifted, however the Court declines to provide an extremely expedited deadline, especially if defendants may be working on obtaining new counsel as indicated in the second motion. The prejudice to defendants would outweigh any prejudice to plaintiff for having the wait a few extra weeks.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Miscellaneous Relief Regarding stayed Defendant XLMedica, Inc., and Notice of Bankruptcy Court Terminating Automatic Stay (Doc. #52) is **GRANTED IN PART.**

2. Plaintiff's Motion for Miscellaneous Relief Regarding Stayed Defendant Anna Stahl Based on Termination of the Automatic Stay (Doc. #54) is **GRANTED IN PART.**

3. The automatic stay is lifted as to XLMedica, Inc. and Anna Stahl. The Clerk shall update the docket. The motion is otherwise denied.

4. Defendants XLMedica, Inc. and Anna Stahl shall respond to any outstanding discovery requests and initial disclosures not responded to before the stay within **THIRTY (30) DAYS** of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this __25th__ day of June, 2020.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record