UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMCYTE CORP.,

    Plaintiff,

v.                                                          Case No. 2:19-cv-769-JES-NPM

XLMEDICA, INC. and
ANNA STAHL,

    Defendants.

## ORDER

In this trademark infringement and unfair competition action, EmCyte Corp. sues former employee Anna Stahl and her "one-woman shop" (to quote defense counsel) XLMedica, Inc. The parties filed multiple papers related to discovery and scheduling disputes. The Court held a hearing on March 30, 2021, to resolve these matters and to set new case-management deadlines.

For the reasons and as stated in more detail on the record during the March 30 hearing:

(1)     Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss (Doc. 75) is **DENIED**.

(2) Defendants' Motion to Stay Ruling on Plaintiff's Motion to Compel Pending Resolution of Defendants' Motion to Dismiss (Doc. 76) is **DENIED**.

(3) Plaintiff's Motion to Compel Interrogatory Answers (Doc. 67) is **GRANTED**. The parties will confer and resolve any outstanding issues concerning their confidentiality agreement by **April 20, 2021**.

(4) Plaintiff's Motion to Compel Document Production (Doc. 73) is **GRANTED in part and DENIED in part**.

(5) By **April 29, 2021**, Defendants will fully respond to the discovery requests as directed during the hearing.

(6) Defendants' Motion for Protective Order re the Deposition of Anna Stahl (Doc. 71) is **DENIED**.

(7) Plaintiff's Expedited Motion to Compel the Deposition of Anna Stahl (Doc. 78) is **GRANTED**. The parties will schedule Ms. Stahl's deposition to be completed by **May 29, 2021**.

(8) The Motion for an Enlargement of Time (Doc. 97) is **GRANTED**. The Court will enter a second amended case management and scheduling order separately.

(9) The requests for an award of attorneys' fees and costs are **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 31, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE