UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMCYTE CORP.,

   Plaintiff,

v.   Case No. 2:19-cv-769-JES-NPM

XLMEDICA, INC., and ANNA STAHL,

   Defendants/Counterclaimants,

v.

EMCYTE CORP.,
PATRICK PENNIE

   Counterclaim Defendants.

**ORDER**

Before the Court is Plaintiff EmCyte Corporation's unopposed motion to file under seal the deposition testimony of Defendant Anna Stahl (Doc. 136). Plaintiff EmCyte took the deposition of Defendant Stahl on or before May 29, 2021. (DE 107). Plaintiff EmCyte explains Defendant Stahl's deposition testimony contains confidential business and personal information. (Doc. 136). Thus, Plaintiff EmCyte asks the Court for leave to file Defendant Stahl's deposition testimony under seal. (Doc. 136, p.2).

Because the proposed seal does not implicate the general presumption that substantive aspects of a civil action are a matter of public concern, and instead relates to Defendant Stahl's confidential business and personal information, the Court grants the motion to seal. *See generally Romero v. Drummond Co.*, 480 F.3d 1234, 1245-48 (11th Cir. 2007); *Chicago Tribune Co. v. Bridgestone/Firestone*, Inc., 263 F.3d 1304, 1310-1315 (11th Cir. 2001). Accordingly, it is **ORDERED**:

(1) Plaintiff EmCyte's unopposed motion (Doc. 136) is **GRANTED**.

(2) Defendant Stahl's deposition testimony will be filed under seal.

(3) Plaintiff shall deliver to the **Clerk's Office** an envelope with the caption of the case and an indication that the contents are to be filed under seal pursuant to this Order, and include within the envelope a flash drive containing a PDF file of the document. Upon receipt, the Clerk shall file and docket the item as "Sealed Deposition Testimony of Defendant Anna Stahl".

(4) This document shall remain under seal for the duration of this action and any appeal thereto, or until an Order is entered unsealing it.

**ORDERED** in Fort Myers, Florida on October 29, 2020.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE