UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMCYTE CORP.,

    Plaintiff,

v.                         Case No:   2:19-cv-769-JES-NPM

XLMEDICA, INC., and
ANNA STAHL,

    Defendants,

_____

XLMEDICA, INC., and
ANNA STAHL,

    Counter-Plaintiffs,

v.

EMCYTE CORP.,

    Counter-Defendant,

And

PATRICK PENNIE,

    Third Party-Defendant.

_____

**ORDER**

This matter comes before the Court on review of the file. On May 2, 2022 Defendants and Counter-Plaintiffs XLMedica, Inc. and Anna Stahl filed a Motion to Strike EmCyte Corporation and Patrick Pennie's Affirmative Defenses to Defendants Second Amended Counterclaim. (Doc. #198.) On May 5, 2022, XLMedica and Anna Stahl

filed a Notice of Supplement Local Rule 3.01(g) Certification (Doc. #199), advising the Court that they were able to fully confer with counsel for EmCyte Corp. and Mr. Pennie concerning the relief requested in their motion to strike and that EmCyte Corp. and Mr. Pennie agreed to amend their affirmative defenses in advance of deadlines to respond to the motion. (Id., pp. 1-2.)  EmCyte Corp. and Mr. Pennie filed their Amended Answers to Defendants' Second Amended Counterclaim (Docs. ##203, 204) on May 16, 2022. Accordingly, XLMedica and Anna Stahl's Motion to Strike is denied as moot.

Accordingly, it is now

**ORDERED**:

Defendants and Counter-Plaintiffs XLMedica, Inc. and Anna Stahl's Motion to Strike EmCyte Corporation and Patrick Pennie's Affirmative Defenses to Defendants Second Amended Counterclaim (Doc. #198) is **DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of May, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record