UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMCYTE CORP., a Florida Corporation,

    Plaintiff,

v.      Case No: 2:19-cv-769-JES-NPM

XLMEDICA, INC., a Florida Corporation, ANNA STAHL, an individual,

    Defendants.

_____

XLMEDICA, INC., a Florida Corporation, and ANNA STAHL, an individual,

    Counterclaim Plaintiffs,

v.

EMCYTE CORP., a Florida Corporation and PATRICK PENNE,

    Counterclaim Defendants.

_____

## FINAL CASE MANAGEMENT AND SCHEDULING ORDER

The Court enters the Final Case Management and Scheduling Order and revises the following deadlines:

| DEADLINE | DATE |
| --- | --- |
| **Final Pretrial Meeting of Counsel by:** | 10/28/2024 |
| **Motions in Limine filed by:** | 11/8/2024 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form filed by:** | 12/9/2024 |

| DEADLINE | DATE |
|---|---|
| **Final Pretrial Conference before the Honorable John E. Steele:** | 12/20/2024<br>10:00 A.M. in Courtroom 6A, Fort Myers, FL. |
| **Trial Date Certain:** | 1/6/2025<br>9:00 A.M. in Courtroom 6A, Fort Myers, FL. |
| **Estimated Length of Trial** | 5 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the Court's prior scheduling orders remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on May 22, 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies to: All Parties of Record

2