IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMCYTE CORP., a Florida
Corporation,

     Plaintiff,

v.

XLMEDICA, INC., a Florida
Corporation and ANNA STAHL, an
individual

     Defendants/Counterclaimants,

v.

EMCYTE CORP., a Florida
Corporation, and PATRICK PENNIE,
an Individual.

     Counterclaim-Defendants.

Case 2:19-cv-00769-JES-NPM

## NOTICE OF ATTORNEY'S CHARGING LIEN AND RETAINING LIEN

PLEASE TAKE NOTICE that the law firm of Fox Rothschild LLP, 777 S. Flagler Drive, Suite 1700, West Tower, West Palm Beach, FL 33401, as former attorneys for Defendant/Counterclaimant XLMEDICA, INC., claims a charging and retaining lien on any settlement or judgment rendered in favor of XLMEDICA, INC., and/or its successors or assigns, in this matter.

The lien is for costs and legal services performed by attorneys working for the firm in prosecution of the claim, which amounts have not been paid and remain due and owing as of the date of filing this notice of lien.

Dated:  July 15, 2024                    Respectfully Submitted,

                                         **FOX ROTHSCHILD LLP**

                                         */s/ Eric A. Bevan*
                                         **Eric A. Bevan, Esq.**
                                         Florida Bar No. 115098
                                         777 South Flagler Drive
                                         Suite 1700, West Tower
                                         West Palm Beach, FL 33401
                                         Tel.: (561) 804-4470
                                         Fax: (561) 835-9602
                                         Email: ebevan@foxrothschild.com